IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TRAYVON GARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-168 |
| | ) | |
| FRANK BISIGNANO, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

On February 26, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute because his brief had not been filed within the thirty days allowed by Rule 6 of the Supplemental Rules for Social Security Review Actions under 42 U.S.C. § 405(g) ("Supplemental Rules"). (See doc. no. 11.) In response, Plaintiff's counsel explains he believed a scheduling order setting briefing deadlines would be issued after the administrative stay was lifted on November 13, 2025. However, the Supplemental Rules automatically set a briefing schedule. See Supplemental Rules 6-8. Counsel requests an extension of time to file Plaintiff's brief. (Id. at 2.) Upon consideration, the Court **GRANTS** an extension of time through and including March 23, 2026, for Plaintiff to file his brief. No further extensions will be granted. In accordance with Rule 7 of the Supplemental Rules, the Commissioner's brief is due within thirty days after service of Plaintiff's brief.

SO ORDERED this 2nd day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA